[No. 14826. *En Banc.* November 23, 1918.]

DAVID ROBINSON *et al.*, *Appellants*, v. C. R. WILSON *et al.*,
*Respondents.*[1]

Appeal from a judgment of the superior court for Lewis county,
Reynolds, J., entered July 9, 1917, upon findings in favor of the de-
fendants, in an action for rent, tried to the court. Reversed.

*Forney & Ponder*, for appellants.

*C. D. Cunningham* and *W. H. Abel*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
adheres to the opinion heretofore filed herein as reported in 102
Wash. 528, 173 Pac. 331, and for the reasons there stated, the judg-
ment is reversed.

---

[No. 13888. *En Banc.* November 25, 1918.]

WARREN GRIFFITH, *Respondent*, v. WASHINGTON WATER POWER
COMPANY, *Appellant.*[2]

Appeal from a judgment of the superior court for Spokane
county, Sullivan, J., entered April 10, 1916, upon the verdict of a
jury rendered in favor of the plaintiff, in an action for personal
injuries sustained by an employee working on an electrical gen-
erator. Reversed.

*Post, Russell, Carey & Higgins*, for appellant.

*Burcham & Blair*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court
adheres to the opinion heretofore filed herein as reported in 102
Wash. 78, 172 Pac. 822, and for the reasons there stated, the judg-
ment is reversed.

[1]Reported in 176 Pac. 331.
[2]Reported in 176 Pac. 343.